

# NUMBER 13-21-00138-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CAMERON COUNTY, TEXAS BY
AND THROUGH THE CAMERON
COUNTY COMMISSIONERS COURT,                          Appellant,

v.

ERIC GARZA, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY
AS SHERIFF OF CAMERON COUNTY,                          Appellee.

On appeal from the 445th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

Before Justices Longoria, Hinojosa, and Tijerina
Memorandum Opinion by Justice Tijerina

This matter is before the Court on appellant's unopposed amended motion to dismiss. The motion informs the court that appellant wishes to pursue legal remedies in the trial court.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, appellant's motion to dismiss is granted and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

JAIME TIJERINA
Justice

Delivered and filed on the
1st day of July, 2021.

2